# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**FELIPE GODINEZ,**

Defendant.

5:21-mj-00703

**CASE NO. 6:19-cr-10036-EFM-1**

# INDICTMENT

**THE GRAND JURY ALLEGES:**

### Count One

**18 U.S.C. §§ 922(g)(1) and 924(a)(2)**
**(Possession of a Firearm by a Prohibited Person)**

On or about the 12th day of February, 2017, in the District of Kansas, the defendant,

**FELIPE GODINEZ,**

having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, both a firearm and ammunition, that is, a loaded Glock 42 .380-caliber semi-automatic pistol, said firearm and ammunition having been shipped and transported in interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## Count Two

### 18 U.S.C. §§ 922(g)(1) and 924(a)(2)
### (Possession of a Firearm by a Prohibited Person)

On or about the 12th day of February, 2017, in the District of Kansas, the defendant,

**FELIPE GODINEZ,**

having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, both a firearm and ammunition, that is, a Derringer D-32 .32-caliber double-barrel pistol loaded with a round of live ammunition in each barrel, said firearm and ammunition having been shipped and transported in interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## Count Three

### 18 U.S.C. § 924(c)(1)(A)
### (Possession of a Firearm in Furtherance of a Drug-Trafficking Crime)

On or about the 12th day of February, 2017, in the District of Kansas, the defendant,

**FELIPE GODINEZ,**

did knowingly possess a firearm in furtherance of a drug-trafficking crime for which he may be prosecuted in a court of the United States, that is, either of the offenses alleged in Counts Five and Six; in violation of Title 18, United States Code, Section 924(c)(1)(A).

2

## Count Four

**21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)**
**(Possession with Intent to Distribute a Controlled Substance)**

On or about the 12th day of February, 2017, in the District of Kansas, the defendant,

**FELIPE GODINEZ,**

knowingly and intentionally possessed with intent to distribute fifty (50) grams and more of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## Count Five

**21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)**
**(Possession with Intent to Distribute a Controlled Substance)**

On or about the 12th day of February, 2017, in the District of Kansas, the defendant,

**FELIPE GODINEZ,**

knowingly and intentionally possessed with intent to distribute two hundred and fifty (250) grams and more of cocaine hydrochloride, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## FORFEITURE NOTICES

The allegations contained in Counts One through Five of this Indictment are hereby re-alleged and fully incorporated by reference herein for the purpose of providing notice of forfeiture pursuant to Title 18, United States Code, Section 924(d); and Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461(c).

1. Pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), upon conviction of the offenses set out in Counts One through Five, the defendant,

**FELIPE GODINEZ,**

shall forfeit to the United States of America any firearms and ammunition used or involved in the commission of the offense(s), including, but not limited to:

   a. Glock 42 .380-caliber semi-automatic handgun, serial no. AAZD327;

   b. Derringer D-32 .32-caliber handgun, serial no. 451841; and

   c. Any accompanying ammunition.

Pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Pursuant to the same, upon conviction of an offense in violation of Title 21, United States Code, Sections 841, *et seq.*, the defendant,

**FELIPE GODINEZ,**

shall forfeit to the United States of America any property constituting or derived from any proceeds obtained, directly or indirectly, as a result of such offense(s); as well as property used or intended to be used, in any manner or part, to commit or facilitate the commission of the offense(s), including, but not limited to:

   a. 2000 Chevrolet Impala sedan, VIN: 2G1WH55K0Y9142823;

   b. Glock 42 .380-caliber semi-automatic handgun, serial no. AAZD327;

   c. Derringer D-32 .32-caliber handgun, serial no. 451841; and

4

    d.    Any accompanying ammunition, magazines, and peripherals.

Pursuant to Title 21, United States Code, Section 853.

## A TRUE BILL

February 27, 2019            s/Foreperson
**DATE**                            **FOREPERSON OF THE GRAND JURY**

s/ Stephen R. McAllister
STEPHEN R. McALLISTER
Ks. S. Ct. No. 15845
United States Attorney
District of Kansas
301 N. Main, 1200 Epic Center
Wichita, Kansas 67202
stephen.mccallister@usdoj.gov

**It is requested that the trial be held in Wichita, KS**